**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| HULLEY ENTERPRISES LTD.,<br>YUKOS UNIVERSAL LTD., and<br>VETERAN PETROLEUM LTD.,<br><br>*Petitioners*,<br><br>v.<br><br>THE RUSSIAN FEDERATION,<br><br>*Respondent*. | Case No. ________________ |

# DECLARATION OF EMMANUEL GAILLARD

EMMANUEL GAILLARD declares:

1. I am a partner with the law firm of Shearman & Sterling LLP, counsel for petitioners Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. (together, "Petitioners") in the arbitration proceedings captioned *Hulley Enterprises Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 226, *Yukos Universal Limited (Isle of Man) v. The Russian Federation*, PCA Case No. AA 227, and *Veteran Petroleum Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 228 (the "Arbitrations"). I was lead counsel for Petitioners at all stages of the Arbitrations, including the jurisdictional and merits phases. I respectfully submit this declaration in support of Petitioners' Petition to Confirm Arbitration Awards.

2. I head Shearman & Sterling's International Arbitration practice. I am a member of, among other organizations, the International Council for Commercial Arbitration Governing Board, the ICSID Panel of Arbitrators (appointed by France), and the Board of Trustees of the Foundation for International Arbitration Advocacy. I am Chairman of the International

Arbitration Institute, and have served as President of the International Academy for Arbitration Law and Chairman of the International Arbitration Committee, International Law Association. I am a Professor of Law at the Sciences Po Law School in Paris and have been a Visiting Professor of Law at Yale Law School, Harvard Law School, and the University of Geneva.

3. Attached hereto as Exhibit A is a true and correct copy of the Final Award issued on July 18, 2014 in the arbitration proceeding captioned *Hulley Enterprises Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 226.

4. Attached hereto as Exhibit B is a true and correct copy of the Final Award issued on July 18, 2014 in the arbitration proceeding captioned *Yukos Universal Limited (Isle of Man) v. The Russian Federation*, PCA Case No. AA 227.

5. Attached hereto as Exhibit C is a true and correct copy of the Final Award issued on July 18, 2014 in the arbitration proceeding captioned *Veteran Petroleum Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 228.

6. Attached hereto as Exhibit D is a true and correct copy of the Interim Award on Jurisdiction and Admissibility issued on November 30, 2009 in the arbitration proceeding captioned *Hulley Enterprises Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 226.

7. Attached hereto as Exhibit E is a true and correct copy of the Interim Award on Jurisdiction and Admissibility issued on November 30, 2009 in the arbitration proceeding captioned *Yukos Universal Limited (Isle of Man) v. The Russian Federation*, PCA Case No. AA 227.

8. Attached hereto as Exhibit F is a true and correct copy of the Interim Award on Jurisdiction and Admissibility issued on November 30, 2009 in the arbitration proceeding

captioned *Veteran Petroleum Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 228.

9. The Arbitrations were conducted pursuant to arbitration provisions in the Energy Charter Treaty, a true and correct copy of which is attached hereto as Exhibit G.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2014 in Paris, France.

EMMANUEL GAILLARD