# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HULLEY ENTERPRISES LTD. et al.,** | |
| Petitioners, | |
| v. | Case No. 1:14-cv-01996 (CRC) |
| **THE RUSSIAN FEDERATION,** | |
| Respondent. | |

## NOTICE OF DISQUALIFICATION

The Court hereby notifies the parties of its disqualification from this proceeding. The Court was previously a partner in two law firms that represented parties concerning the subject of the underlying arbitration during the Court's association with the firms. Disqualification therefore is required by 28 U.S.C. § 455(b)(2). The Court has instructed the Clerk of the Court to reassign the matter to another judge of the Court.

*Christopher R. Cooper*

CHRISTOPHER R. COOPER
United States District Judge

Date:   December 1, 2014