# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-01996-BAH |

## PETITIONERS' MOTION TO STAY

Petitioners Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. (collectively, "Petitioners") respectfully move to stay this action pending the Court of Appeal of The Hague's resolution of Petitioners' appeal of the District Court of The Hague decision dated April 20, 2016 (ECF No. 102-1 (Dutch version) and 102-2 (English version)), for the reasons set forth in the papers accompanying this motion.

Pursuant to Rule 7(m) of the Civil Rules of the United States District Court for the District of Columbia, Petitioners have discussed this motion with counsel for Respondent, who opposes the motion.

Pursuant to Rule 7(a) of the Civil Rules of the United States District Court for the District of Columbia, in support of their Motion to Stay, Petitioners submit herewith a Memorandum of Law and the Declaration of Marnix Leijten.

Pursuant to Rule 7(c) of the Civil Rules of the United States District Court for the District of Columbia, Petitioners also submit herewith a Proposed Order.

Dated: May 16, 2016

        Respectfully submitted,

        SHEARMAN & STERLING LLP

By:    */s/ Christopher M. Ryan*
        Christopher M. Ryan (D.C. Bar No. 476661)
        Keith R. Palfin (D.C. Bar No. 492618)
        401 9th Street, N.W., Suite 800
        Washington, D.C. 20004-2128
        Telephone: (202) 508-8000
        E-mail:  christopher.ryan@shearman.com
                kpalfin@shearman.com

        Henry S. Weisburg (admitted *pro hac vice*)
        Richard F. Schwed (admitted *pro hac vice*)
        599 Lexington Avenue
        New York, New York 10022-6069
        Telephone: (212) 848-4000
        E-mail:  hweisburg@shearman.com
                rschwed@shearman.com

        *Attorneys for Petitioners*