# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HULLEY ENTERPRISES LTD., <br> YUKOS UNIVERSAL LTD., and <br> VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-01996-BAH |

## [PROPOSED] ORDER

Upon consideration of Petitioners' Motion to Strike Respondent's Supplemental Motion to Dismiss, the papers accompanying the motion, and opposition and reply papers, it is hereby

ORDERED, that Petitioners' motion is GRANTED; it is further

ORDERED, that Respondent's Supplemental Motion to Dismiss the Petition to Confirm Arbitration Awards Under the Foreign Sovereign Immunities Act and the New York Convention and all submissions filed therewith (ECF Nos. 108-120) are stricken.

SO ORDERED, this ____ day of _____, 20_____.

_____
Hon. Beryl A. Howell
Chief Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., <br> YUKOS UNIVERSAL LTD., and <br> VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-01996-BAH |

## APPENDIX TO PROPOSED ORDERS

Pursuant to Rule 7(k) of the Civil Rules of the United States District Court for the District of Columbia, below are the names and addresses of all attorneys entitled to be notified of the order's entry.

Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Frank Panopoulos (D.C. Bar No. 459365)
Eckhard Robert Hellbeck (D.C. Bar No. 437619)
Chauncey Bratt (D.C. Bar No. 1018133)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
clamm@whitecase.com
fvasquez@whitecase.com
fpanopoulos@whitecase.com
ehellbeck@whitecase.com
chauncey.bratt@whitecase.com

*Counsel for Respondent*

Christopher M. Ryan (D.C. Bar No. 476661)
Keith R. Palfin (D.C. Bar No. 492618)
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, D.C. 20004-2128
Phone: (202) 508-8000
christopher.ryan@shearman.com
kpalfin@shearman.com

Henry S. Weisburg (admitted *pro hac vice*)
Richard F. Schwed (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Phone: (212) 848-4000
hweisburg@shearman.com
rschwed@shearman.com

*Counsel for Petitioners*