## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD., <br><br> *Petitioners,* <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent.* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:14-cv-01996-BAH

## [PROPOSED] ORDER

Upon consideration of Petitioners' Motion to Strike Respondent's Supplemental Motion to Dismiss (ECF No. 123), the Opposition against (ECF No. 126) and any Reply in support, and the entire record of the case, it is hereby ORDERED, that Petitioners' motion is DENIED.

SO ORDERED this ___ day of _____, 2016.

_____
Hon. Beryl A. Howell
Chief Judge

Attorneys to be notified:

Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
clamm@whitecase.com
fvasquez@whitecase.com

*Counsel for the Russian Federation*

Christopher Ryan (D.C. Bar No. 476661)
Keith R. Palfin (D.C. Bar No. 492618)
Henry S. Weisburg (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, D.C. 20004-2604
Phone: (202) 508-8000
christopher.ryan@shearman.com

*Counsel for Petitioners*