UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., <br> YUKOS UNIVERSAL LTD., and <br> VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-01996-BAH |

**[PROPOSED] ORDER**

Upon consideration of Petitioners' Motion to Suspend Briefing (ECF No. 125), the Opposition (ECF No. 132) against and any Reply in support, and the entire record of the case, it is hereby ORDERED, that Petitioners' motion is DENIED.

SO ORDERED this ___ day of _____, 2016.

                                                                     Hon. Beryl A. Howell
                                                                     Chief Judge

Attorneys to be notified:

| | |
|---|---|
| Carolyn B. Lamm (D.C. Bar No. 221325) <br> Francis A. Vasquez, Jr. (D.C. Bar No. 442161) <br> WHITE & CASE LLP <br> 701 Thirteenth Street, N.W. <br> Washington, D.C. 20005 <br> Phone: (202) 626-3600 <br> clamm@whitecase.com <br> fvasquez@whitecase.com <br><br> *Counsel for the Russian Federation* | Christopher Ryan (D.C. Bar No. 476661) <br> Keith R. Palfin (D.C. Bar No. 492618) <br> Henry S. Weisburg (admitted pro hac vice) <br> SHEARMAN & STERLING LLP <br> 401 9th Street, N.W., Suite 800 <br> Washington, D.C. 20004 <br> Phone: (202) 508-8000 <br> christopher.ryan@shearman.com <br><br> *Counsel for Petitioners* |