UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HULLEY ENTERPRISES LTD. *et al.*,

Petitioners,

v.

THE RUSSIAN FEDERATION,

Respondent.

Civil Action No. 14-1996 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of the Petitioners' Motion to Stay, ECF No. 105, the related legal memoranda in support and opposition, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Petitioners' Motion to Stay, ECF No. 105, is GRANTED; and it is further

**ORDERED** that the Petitioners' Motion to Suspend Briefing on Respondent's Supplemental Motion to Dismiss, ECF No. 125; the Respondent's Motion for Leave to File a Sur-Reply Opposing Petitioners' Motion to Strike, ECF No. 136; the Respondent's Motion for Leave to Amend the Supplemental Motion to Dismiss, ECF No. 139; the Respondent's Motion for Leave to Amend the Supplemental Motion to Dismiss, ECF No. 142; and the Respondent's Motion for Leave to File a Sur-Reply in Opposition to Petitioners' Motion to Stay, ECF No. 147, are GRANTED; and it is further

**ORDERED** that the Petitioners' Motion to Strike Respondent's Supplemental Motion to Dismiss, ECF No. 123, is DENIED; and it is further

**ORDERED** that the Respondent's Motion to Deny Confirmation of Arbitration Awards

Pursuant to New York Convention, ECF No. 23; the Respondent's Motion to Dismiss the Petition to Confirm Arbitration Awards for Lack of Subject Matter Jurisdiction, ECF No. 24; and the Respondent's Supplemental Motion to Dismiss the Petition to Confirm Arbitration Awards Under the Foreign Sovereign Immunities Act and the New York Convention, ECF No. 108, are STAYED until January 21, 2019, or until resolution of proceedings in the Netherlands to set aside the arbitral awards at issue (the "Set-Aside Proceedings"), whichever date occurs earlier; and it is further

**ORDERED** that the parties will file, on March 30, 2017, and every six months thereafter, a joint status report advising the Court of the status of the Set-Aside Proceedings.

**SO ORDERED**

Date: September 30, 2016

_____
BERYL A. HOWELL
Chief Judge