UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., <br><br>　　　　　*Petitioners*, <br><br>　　　v. <br><br>THE RUSSIAN FEDERATION, <br><br>　　　　　*Respondent*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:14-cv-01996-BAH |

## **RESPONDENT'S STATUS REPORT**

Pursuant to the Court's September 30, 2016 Order, Respondent advises herein on the status of the arbitral Award set-aside proceedings in the Court of Appeal of The Hague and related proceedings.

Despite their efforts to agree on the substance of a joint status report, including mutual exchanges of drafts and explanatory emails, the Parties were unable to reach agreement. The Parties agreed that each would advise the Court separately, as they also had done for the March 30, 2017 status report. Respondent's status report is as follows:

1.　　On March 13, 2017, Petitioners filed their Statement of Appeal with the Court of Appeal. The voluminous submission raised a number of new arguments and included seven new expert reports. As a result, Respondent requested a three-month extension of the September 5, 2017 deadline for its Statement of Defense (which would have resulted in a nine-month period to prepare the submission, as compared to the more than ten months which Petitioners had to prepare their Statement of Appeal following the district court's decision in April 2016). Petitioners agreed to a ten-week extension. On July 27, Respondent filed an uncontested request

with the Court of Appeal to extend the Statement of Defense deadline by ten weeks, to November 14.  On September 5, the Court of Appeal granted the request.

2. After Respondent files its Statement of Defense, the Parties will have an opportunity to comment as to whether the content of the Statement of Defense warrants a reply submission by Petitioners.[1]

3. On September 19, 2017, following its adjustment to the briefing schedule as noted above, the Court of Appeal in The Hague amended the hearing schedule.  The Court of Appeal has reserved December 18, 2017 for case management purposes.  The Court of Appeal has reserved April 9-10 and June 18-19, 2018 for oral pleadings (*i.e.*, hearings on the merits).  It is possible, based on party comments and the outcome of the December 18 case management conference, that the Court of Appeal could schedule further dates for oral pleadings, or otherwise amend or extend the procedural calendar.

4. Petitioners have initiated two new proceedings in the United States under 28 U.S.C. § 1782 for discovery relating to Armenian proceedings which, if granted, Petitioners have argued they would submit to the Court of Appeal after Respondent files its Statement of Defense. The status of those proceedings is as follows:

- *In re Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, Misc. Case No. 1:17-mc-1466 (BAH) (D.D.C.).  Petitioners filed the Application on June 19, 2017, seeking discovery from the law firm Baker Botts LLP and one of its partners, Mr. Ryan Bull.  After briefing by the parties, this Court denied the application in a Memorandum Opinion and Order dated August 18.  On September 8, the Petitioners filed a Motion for Reconsideration.  Briefing on that Motion is pending, with Baker Botts and Ryan Bull scheduled to file their response on October 6.

---

[1] *See* Email from Ct. of Appeal to the Parties, Jan. 23, 2017 (Vasquez Decl. IV, Exhibit 13, ECF No. 157-13) ("[T]he Court will verify, after the submission of the Defence on Appeal, further to the content of that Defence and after the parties have been given the opportunity to comment, whether a proper conduct of the case requires that HVY should be given the opportunity to, apart from a response to any exhibits submitted with the Defence on Appeal, respond to the content of the Defence on Appeal in a separate brief.").  As previously reported, Dutch law and procedure generally afford each party the opportunity to submit only one brief on appeal.  *See, e.g.*, Respondent's Status Report dated Mar. 30, 2017 ¶ 2 (ECF No. 156).

- *In re Application of Hulley Enterprises, Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, Case No. 2:17-CV-07100-PA-E (C.D. Cal.). Petitioners filed the Application on June 19, 2017, seeking discovery from Mr. Edward Mouradian, an Armenian lawyer, as to the same alleged set of facts relating to an Armenian proceeding. On June 22, the Magistrate Judge granted the Petitioners' Application and request to proceed *ex parte*, and authorized Petitioners to serve subpoenas on Mr. Mouradian. On September 11, the Petitioners filed a Motion for Leave to Serve Subpoenas on Edward Mouradian by Alternative Means. The Magistrate Judge denied the motion on September 13. On September 26, the Petitioners filed a Motion for Review of the Magistrate Judge's Ruling. On the same day, the case was assigned to District Judge Percy Anderson. The Petitioners' Motion is pending.

5.  In both of the proceedings initiated under 28 U.S.C. § 1782, Petitioners have asserted that the requested materials are relevant to the ongoing proceedings in The Hague.[2] Respondent disputes the relevance of the requested materials, based on Petitioners' failure to "connect the dots"[3] between the requested materials and the Dutch proceedings. Petitioners' assertions indicate, however, that Petitioners will undoubtedly seek permission to make a reply submission to the Court of Appeal in The Hague, further delaying the conclusion of the Dutch proceedings.

6.  Simultaneously, Petitioners continue to pursue enforcement actions in other jurisdictions, with potential implications for the procedure and schedule in The Hague. In the enforcement action in France,[4] the Paris Court of Appeal issued a ruling on June 27, 2017, in which it directed the parties to submit their views on the possibility of referring several questions of European Union ("EU") law presented by the case to the European Court of Justice ("ECJ").

---

[2] *See, e.g.*, *In re Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, Misc. Case No. 1:17-mc-1466 (BAH) (D.D.C.), Memorandum Opinion and Order 4-5 (ECF No. 14).

[3] *See id.* at 10-11.

[4] Petitioner Yukos Universal Ltd. ("YUL") also is continuing with proceedings in Belgium. A hearing in exequatur proceedings before the Court of Appeal of Brussels is scheduled for January 30, 2018. In a separate attachment proceeding, a court of first instance in Brussels issued two decisions on June 8, 2017 to lift attachments on real estate and bank accounts, based on the Dutch district court's April 2016 decision setting aside the HVY Awards. YUL has filed an appeal with the Court of Appeal of Brussels in that matter. A hearing is scheduled for June 12, 2018.

The parties' submissions regarding the possibility of ECJ referral are due on October 10. The Paris Court of Appeal has scheduled a hearing for November 23.

7. Respondent's counsel in France estimates that the Paris court will issue a decision on ECJ referral by early 2018; that, if the court decides to make the referral, the transfer to the ECJ would take several months; and that the ECJ proceeding would take one to two years to reach a ruling, at which point the case would return to the Paris Court of Appeals for its decision. The ECJ proceeding, if any, would address questions of EU law applicable to all EU Member States. The impact of this proceeding on The Hague proceeding is unknown at this time.

Dated: September 29, 2017                                   Respectfully submitted,


                                                                   */s/ Carolyn B. Lamm*_____
                                                                   Carolyn B. Lamm

                                                                   D.C. Bar #221325
                                                                   WHITE & CASE LLP
                                                                   701 Thirteenth Street, N.W.
                                                                   Washington, D.C., 20005
                                                                   Telephone: (202) 626-3600
                                                                   Facsimile: (202) 639-9355
                                                                   clamm@whitecase.com

                                                                   *Counsel for the Russian Federation*