UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-01996-BAH <br><br> Chief Judge Beryl A. Howell |

## PETITIONERS' THIRD STATUS REPORT

Petitioners Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. (the "**Petitioners**"), parties submit this Third Status Report pursuant to the Court's request to be advised every six months of the status of proceedings in the Netherlands to set aside the arbitral awards at issue (the "**Set-Aside Proceedings**").[1] (*See* ECF No. 153 at 2). The status of the Set-Aside Proceedings is as follows:

1. The Petitioners appealed the April 20, 2016 ruling of the District Court of The Hague, and that appeal remains pending before the Court of Appeal of The Hague (the "**Court of Appeal**"). On March 13, 2017, pursuant to the procedural calendar set by the Court of Appeal in its order dated January 23, 2017, the Petitioners filed their Statement of Appeal setting out their grounds of appeal.

---

[1] Consistent with past practice, Respondent has declined to the filing of a joint status report. *See* ECF No. 155 (Petitioners); ECF Nos. 156 and 157 (Respondent); ECF No. 158 (Petitioners) and ECF No. 159 (Respondent).

2. The response by the Russian Federation (the "**Respondent**") was due to be filed on September 5, 2017.  The Respondents requested that its deadline be extended.  After consultation between counsel, the Petitioners elected not to object to this request.  As such, the Court of Appeal twice extended the due date to November 14, 2017, and then November 28, 2017, the date on which the Respondent filed its Statement of Defense to the Appeal.

3. On December 7, 2017, the Court of Appeal informed the parties that there would not be a case management hearing on December 18, 2017, a date that had been provisionally held to consider procedural or scheduling issues.  The Court of Appeal did request that the parties address in writing their views as to the further course of proceedings.

4. The Petitioners then objected to the Respondent's introduction of new lines of argument in its Statement of Defense, contending that these new arguments are inadmissible under Dutch law.  The Petitioners requested that these objections be briefed and decided before any substantive response to the Defense on Appeal was filed.  The Respondents opposed the Petitioners' request.  On January 17, 2018, the Court of Appeal ordered that the Petitioners had the right to submit a brief setting out such objections by February 13, 2018, which the Petitioners filed.  The Court of Appeal also ordered that the Respondent had the right to respond not later than April 24, 2018.

5. Pursuant to the same January 17, 2018 order, the Court of Appeal announced that it may hold a hearing on June 18 or 19, 2018, on the objections and responses in the

parties' respective February and April 2018 submissions, or may determine a hearing is unnecessary and render an interim decision on the basis of the written submissions.

6. The Court of Appeal also indicated that it will determine the remainder of the procedural calendar after rendering its decision on the Petitioners' objections to the Respondent's Statement of Defense. The Petitioners will then have an opportunity to respond to new evidence the Respondent filed with its Statement of Defense.

The parties will submit their next Joint Status Report by September 30, 2018.

Dated: March 30, 2018

*Respectfully Submitted,*

*Counsel for Petitioners*

*/s/ Christopher M. Ryan*
Christopher M. Ryan
(D.C. Bar No. 476661)
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, D.C. 20004-2128
Telephone: (202) 508-8000
cryan@shearman.com

Henry S. Weisburg (admitted *pro hac vice*)
Richard F. Schwed (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
hweisburg@shearman.com
rschwed@shearman.com