## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., | ) ) ) ) ) | Case No. 1:14-cv-01996-BAH |
| *Petitioners*, | ) ) ) | Chief Judge Beryl A. Howell |
| v. | ) ) ) | |
| THE RUSSIAN FEDERATION, | ) ) ) | |
| *Respondent*. | ) ) | |

### **[PROPOSED] ORDER**

Upon consideration of the Russian Federation's Motion to Extend this Court's Stay of Litigation, and any opposition and reply thereto, it is this _____ day of _____, 2020, hereby

**ORDERED** that the Russian Federation's Motion is **GRANTED**, and further

**ORDERED** that further proceedings in this action are hereby stayed pending the final decision of the Dutch Supreme Court in Case No. 20/01595 resolving the set-aside proceedings for the arbitral awards in this case, and further

**ORDERED** that the parties shall provide the Court with reports on the status of the Dutch Supreme Court proceedings every six months following this order, and further

**ORDERED** that the parties shall inform the Court of the decision of the Dutch Supreme Court within 14 days of the issuance of such decision and agree to a briefing schedule going forward for resolution of the motions pending in this case.

**SO ORDERED**

Date: _____, 2020

 

_____
BERYL A. HOWELL
*Chief Judge*

Copies to:

| | |
|---|---|
| Jacob Buchdahl (pro hac vice) | Carolyn B. Lamm (D.C. Bar No. 221325) |
| Steven M. Shepard (pro hac vice) | Nicolle Kownacki (D.C. Bar No. 1005627) |
| SUSMAN GODFREY L.L.P. | David P. Riesenberg (D.C. Bar No. 1033269) |
| 1301 Avenue of the Americas, 32nd Fl. | Eric Chung (D.C. Bar No. 1027439) |
| New York, New York 10019 | WHITE & CASE L.L.P. |
| Phone: (212) 336-8330 | 701 Thirteenth Street N.W. |
| jbuchdahl@susmangodfrey.com | Washington, D.C. 20005 |
| sshepard@susmangodfrey.com | Phone: (202) 626-3600 |
| | clamm@whitecase.com |
| Richard W. Hess (pro hac vice) | nkownacki@whitecase.com |
| SUSMAN GODFREY L.L.P. | david.riesenberg@whitecase.com |
| 1000 Louisiana Street | eric.chung@whitecase.com |
| Suite 5100 | |
| Houston, TX 77002-5096 | *Counsel for the Russian Federation* |
| Phone: 713-653-7839 | |
| rhess@susmangodfrey.com | |

*Counsel for Petitioners*