## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., <br><br>                     *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br>                     *Respondent*. | Case No. 1:14-cv-01996-BAH <br><br> Chief Judge Beryl A. Howell |

## **DECLARATION OF CAROLYN B. LAMM**

I, Carolyn B. Lamm, declare as follows:

1.  I am a partner in the Washington, D.C., office of White & Case LLP, and counsel for Respondent, the Russian Federation, in the above-captioned matter. I am an attorney licensed to practice in the District of Columbia, the State of New York, and the State of Florida.

2.  I submit this Declaration in support of the Russian Federation's Motion for Leave to File a Sur-Surreply in Support of its Motion to Extend this Court's Stay of Litigation in the above-captioned matter.

3.  Attached as Exhibit 1 is a true and correct copy of the 2019 article by ECT Secretary General Urban Rusnák entitled *Introduction to the TDM Publication on the "Modernisation of the Energy Charter Treaty (ECT)"*, published in TRANSNATIONAL DISPUTE MANAGEMENT. This article can also be found at https://www.transnational-dispute-management.com/article.asp?key=2626.

4.  Attached as Exhibit 2 is a true and correct copy of the webpage, "Approved topics for the modernisation of the Energy Charter Treaty," found on the ECT website at https://www.energychartertreaty.org/modernisation-of-the-treaty/.

5.  Attached as Exhibit 3 is a true and correct copy of the January 4, 2020 interview with Dr. Alejandro Carballo, General Counsel at the ECT Secretariat, published by the KLUWER ARBITRATION BLOG. This interview can also be found at http://arbitrationblog.kluwerarbitration.com/2020/01/04/interviews-with-our-editors-the-energy-charter-treaty-discussing-modernisation-and-challenges-with-dr-alejandro-carballo-general-counsel-energy-charter-treaty-secretariat/.

6.  Attached as Exhibit 4 is a true and correct excerpt of the 2015 Working Paper on International Investment, "Investment Treaties over Time – Treaty Practice and Interpretation in a Changing World," authored by Kathryn Gordon and Joachim Pohl, and published by the Organization for Economic Cooperation and Development ("OECD"). The paper can be found at http://www.oecd.org/investment/investment-policy/WP-2015-02.pdf.

7.  Attached as Exhibit 5 is a true and correct excerpt of the Award rendered on January 9, 2003 in the ICSID arbitration case *ADF Group Inc. v. United States*, ICSID Case No. ARB(AF)/00/1. The decision can be found at https://www.italaw.com/sites/default/files/case-documents/ita0009.pdf.

8.  Attached as Exhibit 6 is a true and correct excerpt of the Award rendered on August 3, 2005 in the UNCITRAL arbitration case *Methanex Corporation v. United States*. A copy of the full decision can be found at https://www.italaw.com/sites/default/files/case-documents/ita0529.pdf.

9. Attached as Exhibit 7 is a true and correct excerpt of the Award rendered on December 27, 2016 in the ICSID arbitration case *Blusun S.A. et al. v. Italian Republic*, ICSID Case No. ARB/14/3. A copy of the full decision can be found at https://www.italaw.com/sites/default/files/case-documents/italaw8967.pdf.

10. Attached as Exhibit 8 is a true and correct excerpt of the Award rendered on August 27, 2008 in the ICSID arbitration case *Plama Consortium Ltd. v. Republic of Bulgaria*, ICSID Case No. ARB/03/24. A copy of the full decision can be found at https://www.italaw.com/sites/default/files/case-documents/ita0671.pdf.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August 2020.

/s/ Carolyn B. Lamm

Carolyn B. Lamm (D.C. Bar No. 221325)
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3600
Fax: (202) 639-9355
clamm@whitecase.com

Counsel for the Russian Federation