UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., *et al.*,<br><br>Petitioners,<br><br>v.<br><br>THE RUSSIAN FEDERATION,<br><br>Respondent. | Civil Action No. 14-1996 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the Respondent's Motion to Stay, ECF No. 179, the related legal memoranda in support and opposition, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Respondent's Motion to Stay, ECF No. 179, is GRANTED; and it is further

**ORDERED** that the Respondent's Motion to Deny Confirmation of Arbitration Awards Pursuant to New York Convention, ECF No. 23; the Respondent's Motion to Dismiss the Petition to Confirm Arbitration Awards for Lack of Subject Matter Jurisdiction, ECF No. 24; and the Respondent's Supplemental Motion to Dismiss the Petition to Confirm Arbitration Awards Under the Foreign Sovereign Immunities Act and the New York Convention, ECF No. 108, are STAYED until November 18, 2022, or until resolution of proceedings in the Dutch Supreme Court to set aside the arbitral awards at issue (the "Set-Aside Proceedings"), whichever date occurs earlier; and it is further

**ORDERED** that the parties will file, on May 20, 2021, and every six months thereafter, a joint status report advising the Court of the status of the Set-Aside Proceedings in the Dutch Supreme Court.

**SO ORDERED**

Date: November 20, 2020

_____
BERYL A. HOWELL
Chief Judge