# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HULLEY ENTERPRISES LTD.,
YUKOS UNIVERSAL LTD., and
VETERAN PETROLEUM LTD.,

                    *Petitioners*,

          v.

THE RUSSIAN FEDERATION,

                    *Respondent*.

Case No. 1:14-cv-01996-BAH

Chief Judge Beryl A. Howell

## <u>PETITIONERS' NOTICE OF APPEAL</u>

Petitioners Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd., hereby give notice of their appeal, to the U.S. Court of Appeals for the District of Columbia Circuit, of each and every part of the Court's Order Granting Respondents' Motion to Stay, ECF 193, and each and every part of the Court's Memorandum Opinion regarding that Order, ECF 194, including the Court's stay of this action and the Court's denial of Petitioners' request that Respondent be ordered to pay security.

Petitioners further give notice of their intent to appeal any and all orders and judgments relating to these matters entered after the filing of this Notice.

Petitioners further give notice of their intent to seek a writ of mandamus on the foregoing matters if the Court of Appeals were to determine that it lacks appellate jurisdiction. *See Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 729 (D.C. Cir. 2012).

Dated:  December 4, 2020

Respectfully Submitted,

/s/ Steven M Shepard
Steven M. Shepard (*pro hac vice*)
Jacob Buchdahl (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Tel. No.: (212) 336-8330
jbuchdahl@susmangodfrey.com
sshepard@susmangodfrey.com

Richard W. Hess (TX 0070)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
Tel. No.: 713-653-7839
rhess@susmangodfrey.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that on December 4, 2020, the foregoing document was filed electronically and served upon all counsel of record via the Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*s/ Steven M. Shepard*