## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD., <br><br> *Petitioners,* <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent.* | Case No. 1:14-cv-01996-BAH |

### <u>JOINT STATUS REPORT</u>

In accordance with the Court's Order of November 20, 2020, Petitioners and Respondent (the "Parties") submit this Joint Status Report advising the Court of the status of the Set-Aside Proceedings in the Dutch Supreme Court.

The status of the Set-Aside Proceedings is as follows:

1.       As the Court is aware, *see* ECF No. 194, at 7, the Russian Federation applied to the Dutch Supreme Court to suspend enforcement of the Awards. On December 4, 2020, the Dutch Supreme Court rejected the Russian Federation's application to suspend enforcement of the Awards. A copy of the Dutch Supreme Court's judgment on the Russian Federation's suspension application, as well as a certified translation of that judgment, is attached hereto as **Exhibit 1**.

2.       On February 5, 2021, the Dutch Supreme Court held oral arguments on the merits of the Russian Federation's Cassation Appeal. On the same date, the Parties filed their written submissions on the merits of the Cassation Appeal with the Dutch Supreme Court.

3.      On March 12, 2021, the Parties filed responsive written submissions with the Dutch Supreme Court replying to points raised in the written submissions filed on, and the oral arguments made on, February 5, 2021.

4.      On April 14, 2021, the English High Court issued a decision evaluating whether the parallel enforcement litigation in the United Kingdom should be stayed pending the Dutch Supreme Court's resolution of the Cassation Appeal.  The English High Court dismissed the Petitioners' application to lift the stay.  A copy of that opinion is attached hereto as **Exhibit 2**.

5.      On April 23, 2021, Advocate General P. Vlas, one of the Advocates General of the Dutch Supreme Court, issued an advisory opinion to the Dutch Supreme Court regarding the Russian Federation's Cassation Appeal. A copy of that opinion, as well as a certified translation of that opinion, is attached hereto as **Exhibit 3**.

6.      On April 23, 2021, the Dutch Supreme Court issued a notice indicating that it would potentially hand down its judgment on the Russian Federation's Cassation Appeal on September 24, 2021, although further extensions of the deadline are possible. A copy of that notice, as well as a certified translation of that notice, is attached hereto as **Exhibit 4**.

7.      On May 21, 2021, the parties will submit their views regarding the correctness or incorrectness of the Advocate General's analysis.

Dated:  May 20, 2021

Respectfully submitted,

| | |
|---|---|
| _/s/  Steven M. Shepard_ | _/s/  Carolyn B. Lamm_ |
| Steven M. Shepard (*Pro Hac Vice*) | Carolyn B. Lamm (D.C. #221325) |
| Jacob W. Buchdahl (*Pro Hac Vice*) | Nicolle Kownacki (D.C. #1005627) |
| Stephanie Spies (*Pro Hac Vice*) | David P. Riesenberg (D.C. #1033269) |
| Zach Savage (*Pro Hac Vice*) | WHITE & CASE LLP |
| SUSMAN GODFREY L.L.P. | 701 Thirteenth Street, N.W. |
| 1301 Avenue of the Americas, 32nd Floor | Washington, D.C. 20005 |
| New York, NY 10019-6023 | Telephone: (202) 626-3600 |

Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com

*Counsel for Petitioners*

Facsimile: (202) 639-9355
clamm@whitecase.com

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I certify that on May 20, 2021 the foregoing document was filed electronically and served upon all counsel of record via the Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven M. Shepard*