# Exhibit 4

**SWORN TRANSLATION**
The English text is a sworn translation of the Dutch original. In case of any discrepancies, the Dutch original shall prevail.

# Message

## Message details

| | |
|---|---|
| Sender | : Administrative Office |
| Recipient | : Parties |
| Received | : 23-04-2021 14:01 |
| Subject | : Case status dealt with on 23-04-2021: Opinion of the Procurator General |

## Case details

| | |
|---|---|
| Type of case | : Civil |
| File | : 20/01595 |

## Message

Case status dealt with on 23-04-2021: Opinion of the Procurator General.

The Procurator General recommends that the principal appeal in cassation be rejected.

Judgment: 24 September 2021.



UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HULLEY ENTERPRISES LTD.,
YUKOS UNIVERSAL LTD., and
VETERAN PETROLEUM LTD.,

          *Petitioners*,

v.

THE RUSSIAN FEDERATION,

          *Respondent.*

Case No. 1:14-cv-01996-BAH

## CERTIFICATION

I, Alexander Jan Boenish Burrough, translator for the English language sworn in before the District Court of The Hague, the Netherlands, and registered in the public register pursuant to the Dutch Act on Sworn Interpreters and Translators Wbtv (*Wet beëdigde tolken en vertalers "Wbtv"*) under number 1963, do hereby certify, to the best of my knowledge and belief, that the attached English translation is a true, complete, and accurate translation of the Dutch source document listed below:

- *Case status handled 23 April 2021.*

I have prepared this document, at the request of Bart Fleuren of De Brauw Blackstone Westbroek N.V., for submission to this Court and other legal proceedings in English. I affirm that I am competent to translate documents from Dutch to English and review such translations. I am not a relation to any of the parties in the source document.

A.J.B. Burrough, Sworn Translator

Dated: May 11, 2021

_____

Signature, Notary Public

_____

Stamp, Notary Public

## A P O S T I L L E

(Convention de La Haye du 5 octobre 1961)

1. Country: THE NETHERLANDS
   This public document
2. has been signed by **A.J.B. Burrough**
3. acting in the capacity of sworn translator
4. bears the seal/stamp of aforesaid translator

Certified

5. in Amsterdam          6. on 11-05-2021
7. by the registrar of the district court of Amsterdam
8. no.     024840

9. Seal/stamp:          10. Signature:

T.R.L. Snel



# Bericht

### Berichtgegevens

| | |
|---|---|
| Afzender | : Administratie |
| Ontvanger | : Partijen |
| Ontvangen | : 23-04-2021 14:01 |
| Onderwerp | : Zaakstatus behandeld op 23-04-2021: Conclusie P.G. |

### Zaakgegevens

| | |
|---|---|
| Soort zaak | : Civiel |
| Dossier | : 20/01595 |

### Bericht

Zaakstatus behandeld op 23-04-2021: Conclusie P.G.

P.G. concludeert tot: verwerping van het principaal cassatieberoep.

Uitspraak: 24 september 2021.

