UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., | ) ) ) ) ) | Case No. 1:14-cv-01996-BAH |
| *Petitioners*, | ) ) | Chief Judge Beryl A. Howell |
| v. | ) ) | |
| THE RUSSIAN FEDERATION, | ) ) ) | |
| *Respondent*. | ) ) | |

## **DECLARATION OF CAROLYN B. LAMM**

I, Carolyn B. Lamm, declare as follows:

1. I am a partner in the Washington, D.C., office of White & Case LLP, and counsel for Respondent, the Russian Federation, in the above-captioned matter. I am an attorney licensed to practice in the District of Columbia, the State of New York, and the State of Florida. I submit this Declaration to provide certain international legal authorities and related materials cited in Respondent's fillings in the above-captioned matter.

2. Attached as Exhibit 1 is an English translation of the Judgment of the Brussels Court of Appeal, issued on November 16, 2021, in the case of *Kazakhstan v. Stati*, No. 2020/AR/252, as filed with the New York State Court Electronic Filing (NYSCEF System).

3. Attached as Exhibit 2 is a true and correct excerpt from the online version of Gary Born, *International Commercial Arbitration* § 27.02 (Third Ed. 2020).

4. Attached as Exhibit 3 is a true and correct excerpt of the VRG 2014 Brief relating to *VRG Linhas Aereas S/A v. MatlinPatterson Global Opportunities Partners II L.P.*, No. 14-3906 (2d Cir.).

5. Attached as Exhibit 4 is a true and correct copy of the VRG 2012 Brief relating to *VRG Linhas Aereas S.A. v. MatlinPatterson Glob. Opportunities Partners II L.P.*, No. 12-593 (2d Cir.).

6. Attached as Exhibit 5 is a true and correct excerpt of the International Law Commission's *Draft Articles on Responsibility of States*, Article 8, Comment 6.

7. Attached as Exhibit 6 is a true and correct excerpt of the judgment issued by the International Court of Justice in *Oil Platforms (Iran v. USA),* I.C.J. Reports 2003 (Nov. 6, 2003).

8. Attached as Exhibit 7 is a true and correct copy of the 1991 European Energy Charter.

9. Attached as Exhibit 8 is a true and correct excerpt of the arbitral decision in *ConocoPhilips v. Venezuela*, ICSID Case No. ARB/07/30, Decision on Jurisdiction and Merits (Sept. 3, 2013).

10. Attached as Exhibit 9 is an English translation of *Cem Cengiz Uzan v. Republic of Turkey*, SCC Case No. V 2014/023, Judgment of the Swedish Court of Appeal (Feb. 26, 2018), as prepared by the Arbitration Institute of the Stockholm Chamber of Commerce.

11. Attached as Exhibit 10 is an English translation of an excerpt of the decision of the European Court of Human Rights issued in the case of *Ndayegamiye-Mporamazina v. Switzerland*, Case No. 16874/12, Eur. Ct. H.R (Feb. 5, 2019).

12. Attached as Exhibit 11 is a true and correct excerpt of the *Report of the Commission to the General Assembly on the work of its forty-third session*, [1991] 2 Y.B. Int'l L. Comm'n, U.N. Doc. A/CN.4/SER.A/1991, U.N. Sales No. E.93. V.9 (Part 2) (1991).

13. Attached as Exhibit 12 is a true and correct copy of the Statement of Sen. Lugar, 132 Cong. Rec. 27999-28000 (1986).

14. Attached as Exhibit 13 is a true and correct copy of the Statement of Sen. Mathias, 131 Cong. Rec. S5369 (1985).

15. Attached as Exhibit 14 is a true and correct copy of *CMS Gas Transmission Company v. Argentina*, ICSID Case No. ARB/01/8, Decision on Jurisdiction (July 17, 2003).

16. Attached as Exhibit 15 is a true and correct excerpt of *Pac Rim Cayman LLC v. The Republic of El Salvador*, ICSID Case No. ARB/09/12, Award (Oct. 14, 2016).

17. Attached as Exhibit 16 is a true and correct excerpt of *KT Asia Investment Group B.V. v. Republic of Kazakhstan*, ICSID Case No. ARB/09/8, Award (Oct. 17, 2013).

18. Attached as Exhibit 17 is a true and correct excerpt of *TSA Spectrum de Argentina S.A. v. Argentine Republic*, ICSID Case No. ARB/05/5, Award (Dec. 19, 2008).

19. Attached as Exhibit 18 is a true and correct copy of *Serbian Loans* (*France v. Serbia*), Permanent Court of International Justice, Judgment (July 12, 1929).

20. Attached as Exhibit 19 is a true and correct excerpt of *Oxford Guide to Latin in International Law* 167 (2d ed. 2021).

\*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July 2022.

                                               */s/ Carolyn B. Lamm*

Carolyn B. Lamm (D.C. Bar No. 221325)
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3600
Fax: (202) 639-9355
clamm@whitecase.com

Counsel for the Russian Federation