UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., | ) ) ) ) ) | Case No. 1:14-cv-01996-BAH |
| *Petitioners*, | ) ) | Judge Beryl A. Howell |
| v. | ) ) | |
| THE RUSSIAN FEDERATION, | ) ) ) | |
| *Respondent*. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Respondent's Proposal as to the Schedule of this Court's Future Proceedings, it is hereby

**ORDERED** that the Respondent's Motion is **GRANTED**, and further

**ORDERED** that the parties shall confer and submit a proposed schedule governing future proceedings in this matter no later than January 18, 2024.

**SO ORDERED.**

Date: _____, 2023

_____
BERYL A. HOWELL
U.S. District Judge

Copies to:

Jacob Buchdahl (*Pro Hac Vice*)
Steven M. Shepard (*Pro Hac Vice*)
Stephanie Spies (*Pro Hac Vice*)
Zachary B. Savage (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Phone: (212) 336-8330
jbuchdahl@susmangodfrey.com
sshepard@susmangodfrey.com
sspies@susmangodfrey.com
zsavage@susmangodfrey.com

Richard W. Hess
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
Phone: 713-653-7839
rhess@susmangodfrey.com

*Counsel for Petitioners*

Carolyn B. Lamm (D.C. Bar No. 221325)
David P. Riesenberg (D.C. Bar No. 1033269)
WHITE & CASE L.L.P.
701 Thirteenth Street N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
clamm@whitecase.com

*Counsel for Respondents*