# <u>ANNEX A</u>

| | |
|---|---|
| **From:** | Stephanie Spies <SSpies@susmangodfrey.com> |
| **Sent:** | Monday, December 4, 2023 9:11 AM |
| **To:** | Lamm, Carolyn; Steven M. Shepard |
| **Cc:** | Jacob W. Buchdahl; Zach Savage; Kownacki, Nicolle; Riesenberg, David |
| **Subject:** | RE: Hulley Enterprises v. Russian Federation, No. 1:14-cv-01996-BAH |

**Alert: This message is from an external sender. Use caution when opening attachments and clicking on links.**

Dear Carolyn,

HVY does not agree to the draft you sent or your assertion that "If the appeal is taken of the jurisdictional issues then there will not be any issues to be briefed and/or decided by the DDC until the appeal is decided."  The Russian Federation's appeal, if taken, only prevents the district court from entering a final judgment; it does not prevent the district court from entering a scheduling order to complete briefing on all the other non-jurisdictional issues in this case. HVY therefore proposes the following schedule in accordance with Judge Howell's Order:

- No later than January 16, 2024, the Russian Federation may (but is not required to) submit a supplemental memorandum, not to exceed 20 pages, supporting its motion to dismiss the petition on non-FSIA grounds.

- No later than February 27, 2024, Petitioners shall file their combined response brief to all of the Russian Federation's non-FSIA submissions.  This response shall not exceed the total pages of the Russian Federation's prior submissions on these non-FSIA grounds for dismissal (i.e., the 110 pages already submitted, plus the pages of any supplemental memorandum filed by the Russian Federation on or before January 16, 2024).

- No later than March 8, 2024, the Russian Federation may (but is not required to) file any reply memorandum, not to exceed 25 pages.

Please let us know by no later than **Tuesday, 12/5 at 10am EST** whether the Russian Federation will agree to this proposal.  If the Russian Federation does not agree, HVY will plan to file a separate submission on December 5.

Thanks,
Stephanie

**Stephanie N. Spies**
Susman Godfrey LLP | 212-471-8358

**From:** Lamm, Carolyn <clamm@whitecase.com>
**Sent:** Sunday, December 3, 2023 5:55 AM
**To:** Steven M. Shepard <SShepard@susmangodfrey.com>
**Cc:** Jacob W. Buchdahl <jbuchdahl@susmangodfrey.com>; Stephanie Spies <SSpies@susmangodfrey.com>; Zach Savage <ZSavage@susmangodfrey.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Riesenberg, David <david.riesenberg@whitecase.com>
**Subject:** Hulley Enterprises v. Russian Federation, No. 1:14-cv-01996-BAH

EXTERNAL Email

Dear Steven,

Thank you for the below email.  As mentioned in several of HVY's previous submissions, the key issue now is whether the Respondent pursues an appeal of the FSIA issues before the D.C. Circuit.  The Respondent is presently considering that option and will decide finally by December 15, but expects it will do so.

In the meantime, as you will appreciate, any scheduling order in the DDC would be essentially premature. If the appeal is taken of the jurisdictional issues then there will not be any issues to be briefed and/or decided by the DDC until the appeal is decided.

We therefore propose that HVY consider the attached Draft Joint Motion to extend the deadline for submissions on the DDC's procedural schedule until January 18, 2024.  After the holidays, we can re-evaluate the situation, depending on where things stand in the D.C. Circuit.

If HVY agrees to the attached Draft, or has comments for us to incorporate, please let us know.  We will be ready to finalize the document and file on Tuesday morning.  Thanks very much in advance.

Best,
Carolyn

**Carolyn B. Lamm**  | Partner
**T**  +1 202 626 3605   **M**  +1 202 570 8906   **E**  clamm@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807
=========================================================================
**From:** Steven M. Shepard <SShepard@susmangodfrey.com>
**Sent:** Monday, November 27, 2023 11:00 AM
**To:** Lamm, Carolyn <clamm@whitecase.com>; Jacob W. Buchdahl <jbuchdahl@susmangodfrey.com>; Stephanie Spies <SSpies@susmangodfrey.com>; Zach Savage <ZSavage@susmangodfrey.com>
**Cc:** Kownacki, Nicolle <nkownacki@whitecase.com>; Riesenberg, David <david.riesenberg@whitecase.com>; Chung, Eric <eric.chung@whitecase.com>
**Subject:** Hulley Enterprises v. Russian Federation, No. 1:14-cv-01996-BAH


Dear Carolyn,

I hope that all is well with you.  I am writing in regard to the proposed schedule that Judge Howell ordered the parties to submit by December 5.  For convenience, her Order states:

> [B]y December 5, 2023, the parties shall confer and submit a proposed schedule governing future proceedings in this matter, including proposed dates to complete the briefing necessary for the Court to consider the Russian Federation's Motion to Deny Confirmation of the Arbitration Awards Pursuant to the New York Convention, ECF No. 23.

ECF 275, at 2.

Could you please advise by Wednesday of this week as to the Russian Federation's position on the proposed schedule so that HVY can consider and respond?  Thanks.

Steven M. Shepard
Susman Godfrey LLP
Office: 212.729.2010
Cell: 914.282.5310

================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================