UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-1996-BAH <br><br> Judge Beryl A. Howell |

## NOTICE OF APPEAL

Notice is hereby given on December 18, 2023, that Respondent, the Russian Federation ("Respondent"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit in regard to this Court's Order (ECF 275) and Memorandum Opinion (ECF 276) dated November 17, 2023, denying Respondent's Motion to Dismiss for Lack of Subject Matter Jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611.

December 18, 2023

              /s/ *Carolyn B. Lamm*
            Carolyn B. Lamm (D.C. Bar No. 221325)
            David Riesenberg (D.C. Bar 1033269)
            701 Thirteenth Street, NW
            Washington, DC 20005
            Telephone: (202) 626-3600
            Facsimile: (202) 639-9355
            clamm@whitecase.com
            david.riesenberg@whitecase.com

            *Counsel for Respondent*