CLEAR FORM

<table>
<tr><td colspan="2"><strong>UNITED STATES DISTRICT AND BANKRUPTCY COURTS<br>FOR THE DISTRICT OF COLUMBIA</strong></td></tr>
<tr><td>HULLEY ENTERPRISES LTD., ET AL.,<br>Plaintiff<br><br>v.<br><br>THE RUSSIAN FEDERATION,<br>Defendant</td><td><strong>CASE NO:</strong>  1:14-cv-1996 (BAH)<br><br><br><strong>CHANGE OF MAILING ADDRESS</strong></td></tr>
</table>

1. This change of mailing address is requested by:   ■ Plaintiff    ☐ Defendant

2. **Old Address:**
   Name(s):                    Susman Godfrey L.L.P.
   Mailing Address:            1301 Avenue of the Americas, 32nd Fl.
   City, State, Zip Code:      New York, NY 10019

3. **New Address:**
   Name(s):                    Susman Godfrey L.L.P.
   Mailing Address:            One Manhattan West, 50th Fl.
   City, State, Zip Code:      New York, NY 10001
   Telephone Number(s):        2123368330

Date: 03/28/2024

Stephanie Spies
Requestor's printed name(s)

*Stephen Spies*
Requestor's signature(s)

New: 06/21/2022