UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD., <br><br> *Petitioners,* <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent.* | Case No. 1:14-cv-1996-BAH |

### JOINT MOTION TO EXTEND THE DEADLINES SET BY THIS COURT'S DECEMBER 18 MINUTE ORDER

The parties to this litigation, Petitioners Hulley Enterprises Ltd. *et. al* (collectively, "Shareholders") and Respondent, the Russian Federation ("Respondent" or "Russia"), hereby respectfully request that this Court grant a brief extension of the deadlines set in the Minute Order issued by this Court on December 18, 2025. Specifically, the parties jointly request that this Court extend the deadlines until **Tuesday, December 23, 2025**, for the parties to submit (1) either their agreed formulation or (if unable to agree) their alternative formulations of questions to be asked of the United States; and (2) their proposed schedule or (if unable to agree) alternative schedules for further proceedings. The good cause for granting this request is to permit the parties, and Oschadbank, to continue good-faith discussions to attempt to reach consensus where possible on these issues.

**I.    The Current Status of the Proposed Questions under 28 U.S.C. § 517**

As described in the previous Joint Motion (ECF 288), the parties have been negotiating regarding the formulation of potential questions relating to issue preclusion for the consideration

of the United States Government in accordance with 28 U.S.C. § 517. The parties have also consulted with the petitioner in the similar case of *Joint Stock Co. State Savings Bank of Ukraine (d/b/a JSC Oschadbank) v. Russian Federation*, No. 23-cv-764 (D.D.C.), currently pending before Judge Ana C. Reyes.

In particular, the parties and Oschadbank have exchanged two alternative written drafts, participated in a conference call to meet and confer, and identified a (potential) way forward toward resolving certain areas of dispute. In order to continue those discussions, Oschadbank and the Russian Federation sent an email to the Chambers of Judge Reyes requesting an extension of the deadline for submitting the proposed questions until next Tuesday, December 23, 2025. In response to that email, the Chambers of Judge Reyes circulated an email today, extending the deadline for the *Oschadbank* litigants to submit the proposed formulation of the § 517 questions until Monday, January 5, 2026.

## II.     The Current Status of the Proposed Briefing Schedule

Counsel for the parties continue to discuss the potential briefing schedule to govern the future proceedings in this case, for which the current deadline is December 22, 2025, in accordance with this Court's Minute Order.

In particular, Counsel for the Shareholders provided an initial proposal to Respondent on December 16, 2025. The Respondent is considering that proposal and requests a brief further extension to continue discussions.

*     *     *     *     *

The undersigned counsel therefore respectfully request that this Court extend both deadlines until December 23, 2025.

The undersigned are grateful for the Court's indulgence regarding these ongoing discussions.

Date: December 19, 2025                                  Respectfully Submitted,

*/s/ David P. Riesenberg*                                */s/ Steven M. Shepard*
David P. Riesenberg                                      Steven M. Shepard
Dilmurod Satvaldiev                                      Jacob Buchdahl
PINNA GOLDBERG U.S. PLLC                                 Susman Godfrey L.L.P.
10 G Street NE, Suite 600                                One Manhattan West, 50th Fl.
Washington, D.C., 20002, U.S.A.                          New York, New York 10019
T: +1 (202) 549-2477                                     Telephone: (212) 336-8300
E: driesenberg@pinna-goldberg.com                        sshepard@susmangodfrey.com
E: dsatvaldiev@pinna-goldberg.com

                                                         Richard W. Hess
Attorneys for Respondent                                 SUSMAN GODFREY L.L.P.
                                                         1000 Louisiana Street, Suite 1500
                                                         Houston, TX 77002
                                                         Telephone: (713) 653-7839
                                                         rhess@susmangodfrey.com

                                                         Attorneys for Petitioners