UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD., <br><br> *Petitioners*, <br><br> v. <br><br> THE RUSSIAN FEDERATION, <br><br> *Respondent*. | Case No. 1:14-cv-01996-BAH <br><br> Judge Beryl A. Howell |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.6(b) of the Local Civil Rules of the United States District Court for the District of Columbia, counsel for Respondent the Russian Federation hereby withdraws the appearance of Nicolle Kownacki of the law firm White & Case LLP as an attorney for Respondent in this matter. By signing this Notice, Respondent's party representative Mikhail Vinogradov, Director General of General Directorate for International Legal Cooperation of the Prosecutor General's Office of the Russian Federation, has approved this withdrawal of Ms. Kownacki and White & Case LLP as Respondent's counsel in this matter.

Respondent continues to be represented by David Riesenberg and Dilmurod Satvaldiev of the law firm Pinna Goldberg U.S. PLLC. *See* ECF Nos. 286, 287.

February 02, 2026

*[signature]*

Mikhail Vinogradov
Director General of General Directorate for
International Legal Cooperation of the Prosecutor
General's Office
Russian Federation
Bolshaya Dmitrovka str., 15a, build. 1
125993, Moscow Russian Federation

*Respondent's Party Representative*

Respectfully submitted,

**WHITE & CASE** LLP

/s/*Nicolle Kownacki*
Nicolle Kownacki (D.C. Bar No. 1005627)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3600
Fax: (202) 639-9355
nkownacki@whitecase.com

*Counsel for Respondent*